DANIEL G. BOGDEN
United States Attorney
District of Nevada
ANDREW W. DUNCAN
CRISTINA D. SILVA
Assistant United States Attorneys
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00250-JAD-VCF |
| Plaintiff, | STIPULATION TO CONTINUE EVIDENTIARY HEARING  (Second Request) (Doc. #170) |
| vs. | |
| ROBERT KANE, et al., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney; Andrew W. Duncan and Cristina Silva, Assistant United States Attorneys, counsel for the United States of America, and Assistant Federal Public Defender Raquel Lazo, counsel for defendant Carr; C. Stanley Hunterton, Esq. counsel for defendant Coleman; Michael R. Pandullo, Esq., counsel for defendant Panter; Brent Percival, Esq., counsel for defendant Congero, Thomas Pitaro, Esq., counsel for defendant Kane; and Terrence M. Jackson, Esq., counsel for defendant McNamara:

…

…

THAT THE EVIDENTIARY HEARING CURRENTLY SCHEDULED FOR September 10, 2015 be vacated and set to a time convenient for the Court, no earlier than 45 days.

1. Counsel for Government extended a plea offer to all the defendants in July. Additional time is needed for counsel for the Defendants to consider the offers. Acceptance of the plea agreements may have different consequences on some of the defendants. The attorneys for the Defendants also need additional time to discuss those potential consequences. If the new plea offer is accepted, it will alleviate the need to hold the evidentiary hearing and a trial. The parties are working diligently to resolve the case pre-hearing and pre-trial.

2. The parties agree to the continuance.

3. All of the defendants are out of custody and do not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

…

…

…

…

…

…

…

…

5. This is the <u>second</u> request for continue the evidentiary hearing.

DATED this 4th day of September, 2015.

                                            DANIEL G. BOGDEN
                                            United States Attorney

                                            /s/
                                            ANDREW W. DUNCAN
                                            CRISTINA D. SILVA
                                            Assistant United States Attorney

| /s/ | /s/ |
|---|---|
| C. STANLEY HUNTERTON, ESQ. | RAQUEL LAZO, ESQ. |
| Counsel for Defendant Coleman | Assistant Federal Public Defender |
|  | Counsel for Defendant Carr |
|  |  |
| /s/ | /s/ |
| MICHAEL PANDULLO, ESQ. | BRENT PERCIVAL, ESQ. |
| Counsel for Defendant Panter | Counsel for Defendant Congero |
|  |  |
| /s/ | /s/ |
| THOMAS PITARO, ESQ. | TERRENCE JACKSON, ESQ. |
| Counsel for Defendant Kane | Counsel for Defendant McNamara |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

UNITED STATES OF AMERICA,   )
                                                 )   Case No.: 2:13-cr-00250-JAD-VCF
           Plaintiff,          )
                                                 )   ORDER
    vs.                         )
                                                 )
ROBERT KANE, et al.,         )
                                                 )
           Defendant.         )

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Government extended a plea offer to all the defendants in July. Additional time is needed for counsel for the Defendants to consider the offers. Acceptance of the plea agreements may have different consequences on some of the defendants. The attorneys for the Defendants also need additional time to discuss those potential consequences. If the new plea offer is accepted, it will alleviate the need to hold the evidentiary hearing and a trial. The parties are working diligently to resolve the case pre-hearing and pre-trial.

2. The parties agree to the continuance.

3. All of the defendants are out of custody and do not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.  This is the <u>second</u> request for continue the evidentiary hearing.

ORDER

IT IS ORDERED that the evidentiary hearing (Doc. #170) scheduled for September 10, 2015 be vacated and continued to _October 27, 2015_, at the hour of 9:00 a.m.

DATED this _8th day of September, 2015.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE