DANIEL G. BOGDEN
United States Attorney
District of Nevada
ANDREW W. DUNCAN
CRISTINA D. SILVA
Assistant United States Attorneys
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336 (phone)
702-388-6280 (fax)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00250-JAD-VCF |
| Plaintiff, | STIPULATION TO CONTINUE EVIDENTIARY HEARING  (Third Request) |
| vs. | |
| ROBERT KANE, et al., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney; Andrew W. Duncan and Cristina Silva, Assistant United States Attorneys, counsel for the United States of America, and Assistant Federal Public Defender Raquel Lazo, counsel for defendant Carr; C. Jennifer Waldo, Esq. counsel for defendant Coleman; Michael R. Pandullo, Esq., counsel for defendant Panter; Brent Percival, Esq., counsel for defendant Congero, Thomas Pitaro, Esq., counsel for defendant Kane; and Terrence M. Jackson, Esq., counsel for defendant McNamara:

…

1

THAT THE EVIDENTIARY HEARING CURRENTLY SCHEDULED FOR October 27, 2015 be vacated and set to a time convenient for the Court, no earlier than 60 days.

1. On October 19, 2015, Counsel for Defendant Robert Coleman filed a motion to withdraw as counsel. Doc. # 178. On October 21, 2015, that motion was granted, in part, and as a result new counsel was appointed for Defendant Coleman. Additional time is needed for new counsel to become familiar with the case and prepare for the evidentiary hearing in this matter.

2. Further, counsel for the Government, AUSA Andrew Duncan, is set to go to trial in *United States v. Brian Wright, et al.* (2:14-cr-00357-APG-VCF) beginning November 16, 2015. Co-Counsel, AUSA Cristina Silva, is set to begin trial in *United States v. Wetselaar, et al.* (2:11-cr-00347-KJD-CWH) on November 30, 2015. Both trials are expected to at least two weeks.

2. The parties agree to the continuance.

3. All of the defendants are out of custody and do not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

…

…

…

…

…

2

5. This is the <u>third</u> request for continue the evidentiary hearing.

DATED this 23rd day of October, 2015.

|  |  |
|---|---|
|  | DANIEL G. BOGDEN<br>United States Attorney |
|  | /s/<br>ANDREW W. DUNCAN<br>CRISTINA D. SILVA<br>Assistant United States Attorney |
| /s/<br>JENNIFER WALDO, ESQ.<br>Counsel for Defendant Coleman | /s/<br>RAQUEL LAZO, ESQ.<br>Assistant Federal Public Defender<br>Counsel for Defendant Carr |
| /s/<br>MICHAEL PANDULLO, ESQ.<br>Counsel for Defendant Panter | /s/<br>BRENT PERCIVAL, ESQ.<br>Counsel for Defendant Congero |
| /s/<br>THOMAS PITARO, ESQ.<br>Counsel for Defendant Kane | /s/<br>TERRENCE JACKSON, ESQ.<br>Counsel for Defendant McNamara |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00250-JAD-VCF |
| Plaintiff, | ORDER |
| vs. | |
| ROBERT KANE, et al., | |
| Defendant. | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On October 19, 2015, Counsel for Defendant Robert Coleman filed a motion to withdraw as counsel. Doc. # 178. On October 21, 2015, that motion was granted, in part, and as a result new counsel was appointed for Defendant Coleman. Additional time is needed for new counsel to become familiar with the case and prepare for the evidentiary hearing in this matter.

2. Further, counsel for the Government, AUSA Andrew Duncan, is set to go to trial in *United States v. Brian Wright, et al.* (2:14-cr-00357-APG-VCF) beginning November 16, 2015. Co-Counsel, AUSA Cristina Silva, is set to begin trial in *United States v. Wetselaar, et al.* (2:11-cr-00347-KJD-CWH) on November 30, 2015.  Both trials are expected to at least two weeks.

2. The parties agree to the continuance.

3. All of the defendants are out of custody and do not object to the

continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the <u>third</u> request for continue the evidentiary hearing.

ORDER

IT IS ORDERED that the evidentiary hearing scheduled for October 27, 2015 be vacated and continued to Wednesday, January 6, 2016, at 9:00 a.m.

DATED this 26th day of October, 2015.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

5