DANIEL G. BOGDEN
United States Attorney
District of Nevada
ANDREW W. DUNCAN
CRISTINA D. SILVA
Assistant United States Attorneys
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00250-JAD-VCF |
| Plaintiff, | STIPULATION TO CONTINUE EVIDENTIARY HEARING (Fourth Request) |
| vs. | |
| ROBERT KANE, et al., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney; Andrew W. Duncan and Cristina Silva, Assistant United States Attorneys, counsel for the United States of America, and Assistant Federal Public Defender Raquel Lazo, counsel for defendant Carr; Jennifer Waldo, Esq. counsel for defendant Coleman; Michael R. Pandullo, Esq., counsel for defendant Panter; Brent Percival, Esq., counsel for defendant Congero, Thomas Pitaro, Esq., counsel for defendant Kane; and Terrence M. Jackson, Esq., counsel for defendant McNamara:

THAT THE EVIDENTIARY HEARING CURRENTLY SCHEDULED FOR January 8, 2016 be vacated and set to a time convenient for the Court, no earlier than

1

30 days.

1. Counsel for defendant Panter is unavailable for the current evidentiary hearing setting on January 8, 2016.

2. The parties agree to the continuance.

3. All of the defendants are out of custody and do not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice as counsel for defendant is unavailable to participate in the hearing.

5. This is the <u>fourth</u> request for continue the evidentiary hearing.

DATED this 6th day of January, 2016.

DANIEL G. BOGDEN
United States Attorney

/s/
ANDREW W. DUNCAN
CRISTINA D. SILVA
Assistant United States Attorney

/s/
JENNIFER WALDO, ESQ.
Counsel for Defendant Coleman

/s/
RAQUEL LAZO, ESQ.
Assistant Federal Public Defender
Counsel for Defendant Carr

/s/
MICHAEL PANDULLO, ESQ.
Counsel for Defendant Panter

/s/
BRENT PERCIVAL, ESQ.
Counsel for Defendant Congero

/s/
THOMAS PITARO, ESQ.
Counsel for Defendant Kane

/s/
TERRENCE JACKSON, ESQ.
Counsel for Defendant McNamara

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|                             ) | Case No.: 2:13-cr-00250-JAD-VCF |
| Plaintiff,                  ) | |
|                             ) | ORDER |
| vs.                         ) | |
|                             ) | |
| ROBERT KANE, et al.,        ) | |
|                             ) | |
| Defendant.                  ) | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for defendant Panter is unavailable for the current evidentiary hearing setting on January 8, 2016.

2. The parties agree to the continuance.

3. All of the defendants are out of custody and do not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice as counsel for defendant is unavailable to participate in the hearing.

5. This is the <u>fourth</u> request for continue the evidentiary hearing.

ORDER

IT IS ORDERED that the evidentiary hearing scheduled for January 8, 2016 be vacated and continued to Thursday, February 18, 2016, at 9:00 a.m. in Courtroom 6D.

DATED this 7th day of January, 2016.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE